IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, ex
rel. BONNIE KELLY, and BONNIE
KELLY,

              Plaintiff/Relator,

vs.

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, JOHN
AND JANE DOE 1-50,

              Defendants.

8:17-CV-335

ORDER

IT IS ORDERED:

1.      The United States' motion to unseal (filing 12) is granted.

2.      The complaint and all other documents in this case shall be unsealed.

3.      The seal shall be lifted as to all other matters occurring in this action after the date of this order.

4.      All orders of this Court shall be sent to the United States.

Dated this 9th day of January, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge